**Opinion issued November 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00423-CV

———————————

**DAVID KEYMER, Appellant**

**V.**

**PIPELINE SUPPLY & SERVICE, LLC, Appellee**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-52323**

---

## MEMORANDUM OPINION

Appellant, David Keymer, has filed an "Unopposed Motion to Dismiss Appeal," asserting that "[t]he parties have . . . resolved the lawsuit" and requesting that the Court dismiss appellant's appeal. The motion further requests that the parties bear their own appellate costs. *See* TEX. R. APP. P. 42.1(d). No other party

has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We direct the Clerk of this Court that costs are to be taxed against the parties who incurred the same. *See* TEX. R. APP. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.